| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bea, Carlos T. | 2. Court or Organization U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report 05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Court of Appeals for the Ninth Circuit 95 Seventh Street, Suite 205 San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/23/1990 | Judges Retirement System, State of California (PERS) |
| 2. 1/23/1990 | City and Country of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | |

Bea, Carlos T.

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | | $78,444.70 |
| 2. 2009 | SF Judges Retirement | $97,193.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 1/23/09 - 1/25/09 | Simi Valley, CA | Activity, Professional Association | Travel, lodging, food |
| 2. | Pepperdine University | 3/19/09 - 3/21/09 | Malibu, CA | Law teaching | Travel, loding, food |
| 3. | Heritage Foundation | 4/22/09 | Los Angeles, CA | Activity, Civic Association | Travel, loding, food |
| 4. | Gruter Foundation | 5/17/09 - 5/18/09 | Squaw Valley, CA | Activity, Professional Association | Travel, loding, food, registration fee |
| 5. | Federalist Society | 11/11/09 - 11/15/09 | Washington, D.C. | Activity, Professional Association | Travel, loding, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa credit cards: First USA Bank, N.A., per license from Visa USA | Charges for living expenses, including travel and tuition charges | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 2. Vanguard Cal. Inter. Tax Exempt | A | Dividend | J | T | | | | | |
| 3. UBS Money Fund, Inc. Deposit A/C | A | Dividend | J | T | | | | | |
| 4. Franklin Templeton Cal. Tax Exempt Fund CB | C | Dividend | N | T | | | | | |
| 5. Franklin Templeton Cal. Tax Exempt Fund LB | A | Dividend | J | T | | | | | |
| 6. Cal. St. GO Ambac 5.5% '09 | C | Interest | | | Sold | 08/03/09 | L | A | |
| 7. Cal. St. Veteran GO 5.75% '10 | C | Interest | | | Sold | 08/03/09 | L | A | |
| 8. Lassen Ca Mun Util Rev FSA 4.5% '11 | C | Interest | | | Sold | 08/03/09 | L | A | |
| 9. Los Angeles Co Met Serv 6% '11 | C | Interest | | | Sold | 08/03/09 | L | C | |
| 10. San Fran Int'l Airport 4% '10 | C | Interest | | | Sold | 08/03/09 | L | A | |
| 11. San Mateo Cnty Jr Pwr 3.6% '09 | C | Interest | | | Sold | 08/03/09 | L | A | |
| 12. Hummer/Winblad II Ltd. Part | A | Distribution | K | W | | | | | |
| 13. FPA Campus Commons Associates, LLC | A | Distribution | J | W | | | | | |
| 14. Ishare FTSE/Xin Hua | A | Dividend | | | Sold | 06/10/09 | M | E | |
| 15. Ishare JP Morgan USD Bond Fund: EMB | D | Dividend | O | T | | | | | |
| 16. SPDR Lehman Int'l Treasury Bond: BWX | A | Dividend | O | T | | | | | |
| 17. SPDR S&P 500 ETF TR | D | Dividend | | | Sold (part) | 03/09/09 | N | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR S&P 500 ETF TR | D | Dividend | | | Sold | 08/09/09 | O | E | |
| 19. Ishare MSCI Canada Index FD | C | Dividend | N | T | | | | | |
| 20. Ishare MSCI Switz Index FD | A | Dividend | N | T | | | | | |
| 21. Ishare S&P Global Info Tech Index FD | A | Dividend | N | T | | | | | |
| 22. Ishare S&P Global Tele Index FD | D | Dividend | N | T | | | | | |
| 23. Currency Shares: Australian Dollar Trust SHS | B | Interest | M | T | | | | | |
| 24. Currency Shares: British Pound Sterling Trust SHS | A | Interest | M | T | | | | | |
| 25. Currency Shares: Swiss Franc Trust SHS | A | Interest | M | T | | | | | |
| 26. Currency Shares: Japanese Yen Trust SHS | A | Interest | M | T | | | | | |
| 27. U.S. Treasury Note 3.75% 10-15-09 | D | Interest | | | Sold | 08/03/09 | M | A | |
| 28. U.S. Treasury Note 3.625% 10-31-09 | E | Interest | | | Sold | 08/03/09 | O | A | |
| 29. Ishare S&P Global Fin. Index | A | Dividend | | | Sold | 11/02/09 | N | D | |
| 30. I Path. DJ UBS Nat'l Gas Trust SUB | A | Dividend | | | Sold | 11/02/09 | M | A | |
| 31. Powersshares DBA Agriculture | A | Dividend | M | T | | | | | |
| 32. SPDR Gold Trust | A | Dividend | M | T | | | | | |
| 33. ▓▓▓▓▓▓▓▓ | G | Distribution | N | W | | | | | |
| 34. IRA: US Treasury Note 3.375% 10-15-09 | D | Interest | | | Sold | 04/21/09 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA: UBS Bank Deposit | A | Interest | J | T | | | | | |
| 36. IRA: Ishares S&P Global IXG | A | Dividend | J | T | | | | | |
| 37. IRA: Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 38. IRA: US Treasury Note Tip Infl. | D | Interest | N | T | | | | | |
| 39. IRA: US Treasury Note 3.375% 10-15-09 | A | Interest | | | Sold | 04/21/09 | L | A | |
| 40. IRA: US Treasury Note 3.625% 10-03-09 | A | Interest | | | Sold | 04/21/09 | N | A | |
| 41. IRA: UBS Bank Deposit | A | Interest | J | T | | | | | |
| 42. IRA: Ishares S&P Global IXG | A | Dividend | J | T | | | | | |
| 43. IRA: Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 44. IRA: US Treasury Note Tip Infl. | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

**MAY 1 2 2010**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544